IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**THOMAS RAY, III,**

    Plaintiff,

v.                                                                               Civil Action No. **3:15CV91**

**NORTHERN NECK REGIONAL JAIL,** *et al.*,

    Defendants.

**MEMORANDUM OPINION**

Thomas Ray, III, a federal inmate proceeding *pro se*, filed this civil rights action. The matter is before the Court on Ray's failure to serve the defendants within the time required by Federal Rule of Civil Procedure 4(m).[1]

Pursuant to Federal Rule of Civil Procedure 4(m), Ray had ninety (90) days from the filing of the complaint to serve the defendants. Here, that period commenced on March 9, 2016. By Memorandum Order entered on July 5, 2016, the Court directed Ray, within eleven (11) days of the date of entry thereof, to show good cause for his failure to serve the defendants within the

---

[1] Rule 4(m) provides, in pertinent part:

    If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

time required by Rule 4(m). Ray has not responded. Accordingly, the action will be

DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
M. Hannah Lauck
United States District Judge

Date: AUG 2 5 2016
Richmond, Virginia

2